[No. 65355-5-I.   Division One.   June 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE LEE BURTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-06948-7, Patricia H. Aitken, J. Pro Tem., entered March 16, 1998. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Schindler, J.

[No. 65367-9-I.   Division One.   June 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ADAM GRAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-10009-0, James D. Cayce, J., entered May 4, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Schindler, J.

[No. 65509-4-I.   Division One.   June 6, 2011.]

MELINDA KINSLEY, *Appellant*, v. JAMES C. BARNETT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-37365-1, Jay V. White, J., entered June 4, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Cox and Schindler, JJ.

[No. 65631-7-I.   Division One.   June 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. L.D.G., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-8-04069-1, Kenneth M. Comstock, J. Pro Tem., entered May 26, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Appelwick, JJ.